103 A.3d 1294

**Michael SILUK, Jr., Appellant**

v.

**The PENNSYLVANIA DEPARTMENT OF PUBLIC WEL-FARE, and Catherine Merwin, Director of Perry County, Domestic Relations Section, Appellees.**

Supreme Court of Pennsylvania.

Nov. 19, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**